PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00489 KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| KIMBERLY R CHIMIKLIS, | |
| Defendant. | |

Upon the motion of the United States for an order to distribute restitution, and for the reasons set forth in that motion, the Court hereby orders the Clerk of the Court to distribute the restitution funds collected to date, and in doing so, the Clerk may exclude from the total amount of restitution tallied in its internal tracking system the amount that the Court originally ordered be paid by the now deceased victim to herself. This order affects only the entries in the Clerk's internal tracking system and amends no part of the judgment.

SO ORDERED.

DATED: October 28, 2021.

CHIEF UNITED STATES DISTRICT JUDGE